# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 14-1090** | **September Term, 2015** |
| | **FCC-14-28** |
| | **Filed On:** November 24, 2015 |

Howard Stirk Holdings, LLC,

       Petitioner

    v.

Federal Communications Commission and
United States of America,

       Respondents

------------------------------

Multicultural Media, Telecom and Internet
Council, et al.,

       Intervenors

------------------------------

Consolidated with 14-1091, 14-1092, 14-1113

      **BEFORE:**    Rogers and Pillard, Circuit Judges; Williams*, Senior Circuit Judge

## O R D E R

      Upon consideration of the motion of Prometheus Radio Project to transfer cases to the United States Court of Appeals for the Third Circuit, the response in support, the oppositions to the motion, and the consolidated reply; the motion of Prometheus to deconsolidate and transfer petition for writ of mandamus, the response in support, the oppositions thereto, and the consolidated reply; the motion for limited oral argument, the responses thereto, and the reply; and the motion respecting the allocation of time for oral argument, it is

      **ORDERED** that these consolidated cases be removed from the court's December 3, 2015 oral argument calendar. It is

      **FURTHER ORDERED** that the motion to transfer cases be granted and these consolidated cases be transferred to the United States Court of Appeals for the Third Circuit. It is

      **FURTHER ORDERED** that the motion to deconsolidate and transfer petition for writ of mandamus, motion for limited oral argument, and the motion respecting the allocation of time for oral argument be dismissed as moot.

\* A statement by Senior Circuit Judge Williams is attached.

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1090**                                              **September Term, 2015**

      The Clerk is directed to send a certified copy of this order, along with the original case files, to the United States Court of Appeals for the Third Circuit.

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**<u>Per Curiam</u>**

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                BY:    /s/
                                        Michael McGrail
                                        Deputy Clerk

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 14-1090**                                              **September Term, 2015**

Williams, Senior Circuit Judge: All the issues presented here are either closely or tangentially linked to Prometheus Radio Project v. FCC, 652 F.3d 431 (3d Cir. 2011), in which the deciding panel retained jurisdiction over all remanded issues, id. at 472. There are therefore clear economy advantages in transfer to that circuit. I am concerned, however, that given the widening circle of interlocked issues, plus the Commission's interminable processes (the quadrennial review that was due in 2010 being neither completed nor so far as appears on the horizon, but in fact now consolidated with the still-unwritten review due in 2014), a vast range of issues may be forever committed to one circuit, contrary to the goals of Congress in authorizing review in 12 different circuits. At some point our duty to fulfill those goals may well exceed the economy advantages of persistent review in the Third Circuit, and nothing in the current order precludes a finding to that effect. Because that point is not yet reached, we hereby transfer these consolidated cases to the Third Circuit.